UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD STRICKLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>C. NORDTROM,<br><br>        Defendant. | Case No.: 1:23-cv-00537 CDB<br><br>**ORDER REQUIRING DEFENDANT COLIN NORDSTROM TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED**<br><br>(Doc. 12)<br><br>**TWENTY-ONE (21) DAY DEADLINE**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY** |

Plaintiff Mark Edward Stricklen is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim against Defendant C. Nordstrom.[1]  (*See* Doc. 8.)

 On May 18, 2023, the Court found service of the complaint appropriate, via the Court's e-service pilot program, as to Defendant C. Nordstrom. (Doc. 9.)

On June 28, 2023, the California Department of Corrections and Rehabilitation filed its Notice of E-Service Waiver, indicating personal service would not be waived on Colin

---

[1] The Court refers to the defendant as "C. Nordstrom" or "Colin Nordstrom" —as reflected on the USM-285 form.

Nordstrom's behalf. (Doc. 11.) Therefore, in accordance with the Court's service order issued May 18, 2023, personal service was to be effected by the United States Marshal.

On September 22, 2023, the United States Marshal filed its USM-285 form indicating that "McGinnis – Admin Assistant" at Management Solutions in Long Beach, California, accepted service of the summons and complaint on behalf of Colin Nordstrom on September 6, 2023. (Doc. 12.) The summons provides that defendant is "required to serve … an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service." (Doc. 10, emphasis in original.) *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

More than 21 days have passed since the summons and complaint were served on Colin Nordstrom, but Defendant Nordstrom has not filed an answer to the complaint.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Within **twenty-one (21) days** from the date of service of this order, Defendant Nordstrom shall show cause why default should not be entered against him;
2. To facilitate the ability to comply with this order, Defendant Nordstrom's obligation to respond to the complaint is extended **twenty-one (21) days** from the date of service of this order; and
3. The Clerk's Office shall serve a courtesy copy of this order on Colin Nordstrom at the address listed in the USM-285 form filed September 22, 2023 (Doc. 12).

IT IS SO ORDERED.

Dated:   **October 17, 2023**                                   _____
UNITED STATES MAGISTRATE JUDGE

2