UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD STRICKLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. NORDTROM,<br><br>　　　　　Defendant. | Case No.: 1:23-cv-00537-CDB<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** (Doc. 13)<br><br>**ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE FOR 90 DAYS**<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Mark Edward Stricklen is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.　　BACKGROUND**

On October 17, 2023, the Court issued its Order Requiring Defendant Colin Nordstrom to Show Cause Within Thirty Days Why Default Should Not Be Entered ("OSC") for his failure to file an answer following service of process. (Doc. 13.)

On December 7, 2023, Defendant filed a timely response to the OSC and an answer to Plaintiff's complaint. (Docs. 16 & 17.)

**II.　　DISCUSSION AND ORDER**

Given Defendant's timely response and the answer filed December 7, 2023, the Court perceives counsel understands the important of timely complying with all filing requirements. Accordingly, the Court will discharge the OSC.

Separately, the Court refers all civil rights cases filed by pro se inmates to Alternative Dispute Resolution ("ADR") to attempt to resolve such cases more expeditiously and less expensively.

The Court stays this action for ninety days to allow the parties to investigate Plaintiff's claims, meet and confer, and participate in an early settlement conference. The Court presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either party finds that a settlement conference would be a waste of resources, the party may opt out of the early settlement conference.

Accordingly, it is hereby **ORDERED**:

1. The OSC issued October 17, 2023 (Doc. 13) is **DISCHARGED**;

2. This action is **STAYED** for **ninety (90) days** to allow the parties an opportunity to settle their dispute before the discovery process begins. No pleadings or motions may be filed in this case during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.

3. **Within 45 days** from the date of this Order, the parties **SHALL** file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time.

4. **Within 60 days** from the date of this Order, the assigned Deputy Attorney General **SHALL** contact the undersigned's Courtroom Deputy Clerk at SHall@caed.uscourts.gov to schedule the settlement conference, assuming the parties agree to participate in an early settlement conference.

5. If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.

6. The Clerk of the Court SHALL serve via email copies of Plaintiff's complaint (Doc. 1), the First Screening Order (Doc. 8), and this Order to Supervising Deputy Attorney General Lawrence Bragg (Lawrence.Bragg@doj.ca.gov), and a copy of this Order to ADR Coordinator Sujean Park.

7. The parties are obligated to keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* L.R. 182(f).

IT IS SO ORDERED.

Dated:   **December 8, 2023**                      _____
                                                    UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD STRICKLEN,<br><br>             Plaintiff,<br><br>     v.<br><br>C. NORDTROM,<br><br>             Defendant. | Case No. 1:23-cv-00537-CDB<br><br>NOTICE REGARDING EARLY SETTLEMENT CONFERENCE |

1. The party or counsel agrees that an early settlement conference would be productive and wishes to engage in an early settlement conference.

    Yes _____          No _____

2. Plaintiff (check one):

    _____ would like to participate in the settlement conference in person.

    _____ would like to participate in the settlement conference by telephone or video conference.

Dated:

                                             _____
                                             Plaintiff or Counsel for Defendant