1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   MARK EDWARD STRICKLEN,              Case No.: 1:23-cv-00537-CDB

12                 Plaintiff,            **ORDER DIRECTING PLAINTIFF TO
                                         SHOW CAUSE IN WRITING WHY THIS
13          v.                           ACTION SHOULD NOT BE DISMISSED
                                         FOR A FAILURE TO OBEY COURT
14   C. NORDTROM,                        ORDERS**

15                 Defendant.            **10-DAY DEADLINE**

16

17          Plaintiff Mark Edward Stricklen is proceeding pro se and *in forma pauperis* in this civil

18   rights action pursuant to 42 U.S.C. § 1983.

19          **I.      BACKGROUND**

20          The Court issued its First Screening Order on May 17, 2023. (Doc. 8.) Service of process

21   was effected on Defendant C. Nordstrom on September 6, 2023. (Doc. 12.)

22          On October 17, 2023, the Court issued its Order Requiring Defendant Colin Nordstrom to

23   Show Cause Within Thirty Days Why Default Should Not Be Entered ("OSC") for his failure to

24   file an answer following service of process. (Doc. 13.)

25          On December 7, 2023, Defendant filed a timely response to the OSC and an answer to

26   Plaintiff's complaint. (Docs. 16 & 17.)

27          Thereafter, on December 8, 2023, this Court issued its Order Discharging OSC and Order

28   Referring Case to Post-Screening ADR and Staying Case for 90 Days. (*See* Doc. 18.) As to the

latter, the parties were ordered to file "the attached notice, indicating their agreement to proceed

to an early settlement conference or their belief that settlement is not achievable at this time"

within 45 days of the date of the order. (*Id*. at 2.) The notice form was provided to the parties for

their use. (*Id*. at 4.)

On January 23, 2024, Defendant filed his notice, indicating an early settlement conference

would be productive and a willingness to engage in an early settlement conference in this matter.

(Doc. 19.)

More than 45 days have passed, yet Plaintiff has failed to file a notice as ordered. Plaintiff

is advised that a failure to obey court orders could result in a recommendation that this action be

dismissed for his failure to obey court orders and failure to prosecute. *See* E.D. Cal. Local Rule

110 ("[f]ailure of … a party to comply with these Rules or with any order of the Court may be

grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or

within the inherent power of the Court"); *see also* Doc. 3 at 1 (First Informational Order In

Prisoner/Civil Detainee Civil Rights Case).

**II.      CONCLUSION AND ORDER**

Accordingly, **IT IS HEREBY ORDERED** that:

1.  **Within ten (10) days** from the date of service of this order, Plaintiff **SHALL** show
    cause in writing why sanctions should not be imposed for his failure to file a Notice
    Regarding Early Settlement Conference as ordered on December 8, 2023; **or**

2.  **Alternatively, within ten (10) days** of the date of service of this order, Plaintiff may
    file a completed Notice Regarding Early Settlement Conference form with the Court.

IT IS SO ORDERED.

Dated:   **January 24, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

2