UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD STRICKLEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. NORDTROM,<br><br>　　　　Defendant. | Case No.: 1:23-cv-00537-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(Doc. 22) |

Plaintiff Mark Edward Stricklen is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 6, 2024, the assigned magistrate judge issued findings and recommendations, recommending that the action be dismissed for plaintiff's failure to obey court orders, to prosecute this action, and to keep the court apprised of his current address. *See* Doc. 22. The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. *Id.* No objections have been filed, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on February 6, 2024 (Doc. 22) are ADOPTED in full;
2. This action is DISMISSED without prejudice for Plaintiff's failure to obey court orders and failure to prosecute; and
3. The Clerk of the Court shall vacate any pending deadlines and close this case.

IT IS SO ORDERED.

Dated:   July 1, 2024

UNITED STATES DISTRICT JUDGE

2